

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00502-CV

Higinio **IBARRA**,
Appellant

v.

Edna Gabriela **IBARRA**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2021FLA001566C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file her brief is GRANTED. Appellee's brief is due December 29, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court